IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JAN 0 4 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| KERMIT TY POULSON, | CV 17–140–M–DLC–JCL |
| Plaintiff, | |
| vs. | ORDER |
| GOVENOR STEVE BULLOCK, TIM FOX, et al., | |
| Defendants. | |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendations in this case on November 7, 2017, recommending that Plaintiff Kermit Ty Poulson's ("Poulson") Complaint be dismissed for failure to state a claim. Poulson was given the opportunity to file an amended complaint against Chuck Curry until December 4, 2017, and was given notice that failure to prosecute his case could result in the case being dismissed. The Court has received no further filings from Poulson to date. Poulson also failed to timely object to the Findings and Recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

After reviewing the record and finding no clear error,

IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 10) are ADOPTED IN FULL. All claims against all Defendants are DISMISSED.

This case is CLOSED.

DATED this 4th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court