UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KERMIT TY POULSON, | Case No. CV-17-140-M-DLC |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| GOVENOR STEVE BULLOCK, TIM FOX, et al, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED all claims against all Defendants are DISMISSED.

Dated this 10th day of January, 2018.

                    TYLER P. GILMAN, CLERK

                    By: /s/ A. Puhrmann
                    A. Puhrmann, Deputy Clerk